# Exhibit 1

| | |
|---|---|
| **From:** | Timothy Litzenburg |
| **Sent:** | Thursday, October 24, 2019 3:46 PM |
| **To:** | |
| **Subject:** | [EXT] Products litigation |

Dear

I hope you are doing well. Please accept this email as a written demand in follow up to our discussion about the same.

**M S**

I previously provided you with a draft Complaint on behalf of my client, Ms. S            . That Complaints articulates        's liability in some detail.  In brief summary,

I am prepared to make a demand of five million dollars ($5,000,000) to resolve the S          case.

**Extensive Further Litigation**

Resolving Ms. S          case, however, is only a first step. We would simply advertise and sign up more users of Roundup home products that contain                    . In fact, that is precisely our plan, absent some agreement to the contrary.  I filed the first Roundup case against Monsanto, retained the first experts, took the first depositions, and likewise maneuvered the first case to trial and a $289.2 million verdict for my client, Lee Johnson. The                                    litigation that we are planning will be "Roundup Two," and I'm excited to lead the charge again.  This time, to my great financial benefit.  The case against          is actually cleaner and more streamlined.  The network of attorneys who send my firm cases are looking for the next attractive case to jump into as Bayer/Monsanto march toward an impending settlement.  There would quickly be a docket of thousands of cases against                        This become an ongoing and exponentially growing problem for          particularly when the media inevitably takes notice.  The defense costs and cost to ultimately resolve the thousands or tens of thousands of cases would be well into the billions, setting aside the associated drop in stock price and reputation damage.

For us to never engage in this litigation at all would carry a great opportunity cost. We would be foregoing not only the attorneys fees on the thousands of cases and some potential huge verdicts, but likely common benefit fees as              and I steered the Chicago litigation.

**Potential to End the Year as Allies as Opposed to Adversaries**

Nevertheless, we propose a potential solution.  We have looked at the issue and it is our assessment that our only current conflict with          is the draft S          complaint I have shared. None of my other clients have mentioned or probably ever heard of your company.  Moreover, they hired us sue to Monsanto and now await the forthcoming settlement. At this time,  I do not co sider it mt best advice to suggest they rock that boat and add in          If we were to settle the single S          case, we would be free to either: (1) seek out droves of other similar clients, or alternatively, (2) enter into a consulting arrangement with          or a related entity,  or somw otjer wuch relationship. Any such arrangement would of course have to

1

be both legal and ethical. Such a consulting relationship would prevent my firm and ▬▬▬▬▬ from suing ▬▬▬. When Monsanto settles the existing Roundup cases in the coming months for likely $10-20 billion, those plaintiffs' claims will disappear and the mass tort lawyers will move on to talc, 3M ear plugs, and other "next things." ▬▬▬ would weather the storm and avoid the parade of horribles I outlined in short form above.

==Our demand/proposal related to a consulting agreement with my firm and ▬▬▬▬▬' firm is two hundred million ($200,000,000) to be shared by our firms.== As I previously mentioned, please do not misconstrue this demand as indication that we would accept half that or less. This is a very reasonable price, not an overinflated starting point (we considered starting with $500 million, but I prefer to get to the point). I note that in addition to securing our expert advice on avoiding mass tort litigation and making ▬▬▬ products safer, a consultancy as proposed would result in a dramatic savings versus the significant financial consequences to ▬▬▬ of a protracted and public "Roundup Two."    I also have some ideas of how some closely related entities and I could mutually benefit in the long term.

**We Look Forward to Meeting**

I anticipate that our upcoming meeting on Halloween will be very productive and appreciate you coming to my lovely hometown. I hope the ▬▬▬▬▬▬▬▬ decisionmakers have a chance to consider these demands/proposals and your expert advice in the interim. Just to set expectations, this is something we would like to resolve in 2019 or have litigation well underway by January 1, 2020. Please don't hesitate to contact me if you have any thoughts or questions in preparation for our meeting.


Best Regards,

Timothy