# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20-cr-00013 |
| v. | ORDER |
| TIMOTHY LITZENBURG, | Judge Norman K. Moon |
| *Defendant.* | |

Defendant's sentencing is scheduled for September 18, 2020 at 10:00 a.m. at the federal courthouse in Charlottesville, Virginia. Following the Court's order on health precautions before an in-person hearing, Dkt. 47, the parties filed a status report stating that counsel anticipates that 10-15 members of Defendant's family, friends or supporters are expected attend his sentencing as well as 10 witnesses, all in addition to Defendant, Defendant's counsel, the Government's counsel, court staff and security officers. See Dkt. 48.

In view of the ongoing outbreak of COVID-19 in the Western District of Virginia, in Charlottesville, and nationally, and as a measure to mitigate risk of spread of the virus, and further considering the circumstances identified in the parties' status report, especially including the number of witnesses sought to be called at sentencing and the number of persons anticipated to attend on Defendant's behalf, the Court finds it necessary and appropriate to limit occupancy in the courtroom to no more than **twelve (12) members of the public, including Defendant's family or friends**. That number includes ten (10) who may sit in the courtroom gallery, and two (2) more may sit in the jury box. Those in the courtroom will be expected to adhere to social distancing

– 2 –

measures and shall wear a mask or face covering at all times, as required by Standing Order 2020-14 of this Court.

If Defendant wishes to facilitate means by which others may listen remotely to the sentencing hearing, he may contact Heidi Wheeler, Scheduling Clerk, at (434) 296-9284, to set up a telephone line for remote access to his sentencing.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this  15th   day of September, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE